# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135820

IN THE MATTER OF

HONORABLE MARY BROUILLETTE BARGLIND
JUDGE, 41ST CIRCUIT COURT

BEFORE THE JUDICIAL TENURE COMMISSION
_____

     On order of the Court, the request by the Judicial Tenure Commission for appointment of a master is considered and Honorable Patricia L. Micklow is appointed Master to hear Formal Complaint No.83.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 10, 2008

_____
Clerk